IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHAR ESTON, S.

2015 JUN 11 P 3: 17

| | |
|---|---|
| Mike Settle, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:15-cv-1802-RMG |
| | ) |
| v. | ) |
| | ) **ORDER** |
| Michael Slager and North Charleston | ) |
| Police Department, sued in their | ) |
| individual and official capacities, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 9) recommending that this Court dismiss the Complaint without prejudice and without issuance and service of process. The Court hereby adopts the R&R.

Upon the issuance of the R&R, Plaintiff was advised that any written objections to the R&R must be made within 14 days of service, and that in the absence of timely written objections this Court would provide limited "clear error" review and Petitioner would waive his right to appeal the judgment of the District Court. (Dkt. No. 9 at 7). Plaintiff has not filed objections to the R&R.

The Court has reviewed the R&R, the full administrative record in this matter, the relevant legal authorities. The Court therefore finds that the Magistrate Judge ably and promptly summarized the factual and legal issues and appropriately determined that the two Defendants at issue are not appropriately named under 42 U.S.C. § 1983. Therefore, the Court hereby **adopts** the R&R as the order of this Court and **dismisses** the case without prejudice and without service of process.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

June 11, 2015
Charleston, South Carolina

2